NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SOCORRO MARINES DIAZ,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D17-2424
     )
STATE OF FLORIDA,     )
     )
     Appellee.     )
_____)

Opinion filed March 15, 2019.

Appeal from the Circuit Court for Sarasota
County; Thomas Krug, Judge.

Howard L. Dimmig, II, Public Defender,
and J.L. Perez, Special Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


     Affirmed.


CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.